# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTONIA HAYES,**

        **Plaintiff,**

**-vs-**                                   **Case No. 6:04-cv-1681-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (Doc. No. 23)
>
> **FILED:** June 28, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Antonia Hayes, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. An amended final judgment reversing the decision below was entered on March 30, 2006. Doc. No. 22. An award of fees, is, therefore, ripe for consideration.

Hayes's attorney seeks $4,374.55 in attorney's fees for 27.9 hours of work: 4.1 hours of work performed in 2004; and 23.8 hours of work performed in 2005 and 2006. Doc. No. 23-3.

The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI).  28 U.S.C. § 2412(d)(2)(A). Hayes has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $151.65 per hour for word performed in 2004, and $157.68 for work performed in 2005 and 2006. Doc. No. 23-2.  This would lead to an award of $621.77 for work performed in 2004, and $3,752.78 for work performed in 2005 and 2006, for a total award of $4,374.55.  The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.  Doc. No. 24.

After reviewing the papers submitted by Hayes, I find that the fees requested are appropriate in the absence of objection.   It is, therefore, **ORDERED** that Hayes is awarded $4,374.55 in attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties